**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x
**UNITED STATES OF AMERICA,**

        **Plaintiff,**

    -against-

**ONE HUNDRED FORTY THOUSAND**
**DOLLARS IN UNITED STATES**
**CURRENCY AND ALL PROCEEDS**
**TRACEABLE THERETO,**

        **Defendants *in rem*,**

**ALI KHALIL, et al.,**

        **Claimants.**
------------------------------------------------------------ x

**ORDER**
**06-CV-3247 (NG) (RLM)**

**GERSHON, United States District Judge:**

    The claimants in this civil forfeiture action seek dismissal of the complaint and return of the $140,000 that was seized by the government. The motion was referred to Magistrate Judge Roanne L. Mann, who, on April 30, 2007 submitted her Report and Recommendation that the motion be denied. In light of claimants' objections, the court has conducted a *de novo* review , pursuant to Rule 72(b) of the Federal Rules of Civil Procedure, of those portions of the Report and Recommendation to which objections have been filed. Based upon that review, including review of the documents that were filed *ex parte* and under seal, I now adopt Judge Mann's Report and Recommendation in its entirety. Judge Mann engaged in a thorough, exacting and sensitive analysis of the various issues presented in the motion that leaves nothing more to be said. The arguments

by the claimants to the contrary are not persuasive. Therefore, their objections are overruled. Claimants' motion is denied.

SO ORDERED.

  /s/ *Nina Gershon*  
**NINA GERSHON**
**United States District Judge**

Dated: August 2, 2007
 Brooklyn, New York